No. 290, Misc. FORCE *v.* RANDOLPH, WARDEN. Supreme Court of Illinois. Certiorari denied.

No. 299, Misc. FREEMAN ET AL. *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 300, Misc. WONTROBA *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 311, Misc. SYPNIEWSKI *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 320, Misc. SHAMPO *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 619, October Term, 1958. HARRIS ET AL. *v.* UNITED STATES, 360 U. S. 933; and

No. 828, October Term, 1958. SIEGEL ET AL. *v.* UNITED STATES, 359 U. S. 1012. Petitions for rehearing denied.

OCTOBER 20, 1959.

No. 345. ABT *v.* UNITED STATES. On petition for writ of certiorari to the Court of Claims. Petition dismissed pursuant to Rule 60 of the Rules of this Court. *Rowland W. Fixel* for petitioner. *Solicitor General Rankin* for the United States.

OCTOBER 21, 1959.

No. ——. CHESSMAN *v.* CALIFORNIA. The application for a stay of execution of the death penalty imposed upon the petitioner presented to MR. JUSTICE DOUGLAS, and by